BRONSON LAW OFFICES, P.C.
*Proposed Counsel for The Debtor*
480 Mamaroneck Ave.
Harrison, NY 10528
914-269-2530 (tel.)
888-908-6906 (fax)
H. Bruce Bronson
hbbronson@bronsonlaw.net

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

          ALCIDES DURE,

                              Debtor.
-----------------------------------------------------------x

Case No. 25-42699 (JMM)

Chapter 11

## "LAR-DAN" DECLARATION
## IN CONNECTION WITH PROVIDING LEGAL FEES AND FILING FEES FOR
## **DEBTOR TO BRONSON LAW OFFICES PC, AS COUNSEL FOR THE DEBTOR**

STATE OF NEW YORK        )
                                       )ss.:
COUNTY OF QUEENS       )

The undersigned, declares under penalties of perjury pursuant to 28 U.S.C. §1746:

1.     I , submit this Declaration in connection with the Debtor's application to retain Bronson Law Offices, P.C. (the "**Firm**") as counsel to the Debtor.

2.     I provided the retainer of $7,500 to Firm from my personal assets for the purpose of paying for filing fees and providing a retainer for legal services. I am not committing, at this time, to pay any additional fees or expenses to counsel.

3.     I acknowledge that with regard to the matters which the Firm is to be engaged Firm represents the Debtor and not me personally.

4. I further acknowledge that the Firm owes a duty of undivided loyalty to the Debtor, and not to me personally. I have been advised by the Firm that if a conflict of interest should arise, the Firm will notify both the Court, myself and the Debtor.

5. The Firm has advised me that it will not represent me with respect to any potential claims that the Debtor may have against me or any of my affiliates and that I will seek the advice of separate counsel with respect to any issues that arise.

6. I acknowledge that I do not have any claim against the Debtor and I will not be making a claim in the bankruptcy for the retainer amount advanced on behalf of the Debtor.

Dated: Harrison, NY

June 2, 2025                    */s/Patricia Dure*
                                Patricia Dure